Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: Laura_RK.office@speakeasy.net

Attorneys for Plaintiff
Tony Molina

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| TONY MOLINA,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: CV 10-00126 DTB<br><br>/~~PROPOSED~~/ ORDER OF DISMISSAL |

　　　The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

　　　IT IS SO ORDERED.

DATE: August 10, 2010

_____
UNITED STATES MAGISTRATE JUDGE

-1-